# O'HAGAN MEYER

ATTORNEYS & ADVISORS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _1-22-2020_

Ryan T. Benson
312.422.6138 Direct
312.422.6110 Facsimile
rbenson@ohaganmeyer.com

January 20, 2020

Judge John F. Koeltl
US District Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*[Handwritten note:]* Time to respond to the Complaint extended to February 24, 2020. Conference adjourned to Tuesday, March 10, 2020, at 4:30 PM. So Ordered.
/s/ John G. Koeltl
1/21/20
USDJ

Re: *Yony Sosa v. Patagonia, Inc.*
Case No. 1:19-cv-10744-JGK

Dear Judge Koeltl:

I spoke to the attorney for Plaintiff and we came to an agreement to extend the time for Defendant to answer or otherwise plead in response to the Complaint. Further the parties request the Court adjourn the initial status conference to a later date after the response to the Complaint is due.

This request is made to permit the parties additional time to determine if an amicable resolution is possible in this matter without the need for further litigation. Further, the request is also being made as undersigned counsel was recently retained to defend Defendant in the case.

According to the proof of service, Defendant was originally served with the Summons and Complaint on December 11, 2019, and received a first extension to respond to the Complaint by January 24, 2020. Defendant requests a second extension to respond to the Complaint by February 24, 2020.

This represents Defendant's second request for an extension of time to answer, move, or otherwise respond to the Complaint by February 24, 2020. This also represents the parties' first request to adjourn the initial status conference currently set for January 27, 2020, for a date after the response to the Complaint is due.

Respectfully submitted:

*[Signature]*

Ryan T. Benson

cc: All Attorneys of Record (*via* ECF)

One East Wacker Drive | Suite 3400 | Chicago, Illinois 60601 | www.ohaganmeyer.com
Chicago • Los Angeles • Washington D.C. • Philadelphia • Wilmington, DE • Richmond, VA • Alexandria, VA