**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

July 7, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Court Judge
United States District Court Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application granted.
> SO ORDERED.
>
> New York, NY            /s/ John G. Koeltl
> July 8, 2020            John G. Koeltl
>                         U.S.D.J.

Re:   *Sosa v. Patagonia*, *Inc.,*
      Case No.: 1:19-cv-10744-JGK

Dear Judge Koeltl,

The undersigned represents Yony Sosa, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above-referenced action against Patagonia, Inc., ("Defendant"). The undersigned respectfully requests a stay in this action pending resolution of the Consolidated Appeal captioned: *Mendez v. AnnTaylor, Inc.*, No. 20-1550 (the "Consolidated Appeal"), currently pending before the Second Circuit. The Defendant joins in this stay request and the Court should stay this matter pending the outcome of the Consolidated Appeal to preserve judicial resources.

A stay has the potential to substantially conserve the resources of both the parties and the Court. Similar stays were granted by courts in this District on the same grounds. *See Calcano v. lululemon USA Inc.*, No. 1:19-cv-10430 (S.D.N.Y. Mar. 2, 2020); *Delacruz v. Five Below, Inc.*, No. 1:19-cv-10294 (S.D.N.Y. Feb. 28, 2020); *Delacruz v. Jamba Juice Co.*, No. 1:19-cv-10321 (S.D.N.Y. Feb. 27, 2020); *Calcano v. Domino's Pizza, Inc.*, No. 1:19-cv-09823 (S.D.N.Y. Feb. 24, 2020) *Tucker v. Whole Foods Market Group, Inc.*, Case No.: 19-cv-09842-RA. (S.D.N.Y. Jul. 1, 2020). The only deadlines impacted by the proposed stay are the deadlines the Court established on March 10, 2020 when it granted Defendant's Motion to stay this matter until July 14, 2020. (Dkt. 18).

We thank the Court for its time and attention in this matter.

Respectfully submitted,

cc: all counsel of record VIA ECF

*/s/ Jeffrey M. Gottlieb, Esq.*
Jeffrey M. Gottlieb, Esq.

*Attorney for Plaintiffs*