UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONY SOSA, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

                     v.

PATAGONIA, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:19-cv-10744

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), YONY SOSA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, PATAGONIA, INC., without prejudice and without fees and costs.

Dated:  New York, New York
          September 21, 2022

                                          **GOTTLIEB & ASSOCIATES**

                                          */s/Michael A. LaBollita, Esq.*

The Court construes this filing as a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action without a court order. See Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk of Court is respectfully directed to close this case.

                              Michael A. LaBollita, Esq., (ML-9985)
                              150 East 18th Street, Suite PHR
                                      New York, NY 10003
                                         Phone: (212) 228-9795
                                            Fax: (212) 982-6284
                                          Michael@Gottlieb.legal

                                            *Attorneys for Plaintiffs*

SO ORDERED:

*[signature: Jennifer Rochon]*
United States District Court Judge

September 22, 2022
New York, New York